Carolyn M. BROWN, Respondent,

v.

Dennis M. BROWN, Appellant.

No. 65627.

Missouri Court of Appeals,
Eastern District,
Division One.

Dec. 27, 1994.

Marsha Brady, Hillsboro, E. Darrell Davis, Jr., St. Charles, for appellant.

Robert G. Dodson, Festus, for respondent.

Before REINHARD, P.J., and GARY M. GAERTNER and CRANDALL, JJ.

*ORDER*

PER CURIAM.

Appellant, Dennis M. Brown, appeals from the Jefferson County Circuit Court's modification of the parties' decree of dissolution as to child support. We affirm.

We have reviewed the briefs of the parties and the legal file and find the circuit court's modification of appellant's child support obligation complied with Rule 88.01 and was not an abuse of discretion. As we further find an extended opinion would have no precedential value, we affirm the Commission's finding pursuant to Rule 84.16(b).

STATE of Missouri, Plaintiff/Respondent,

v.

Shawn COLEMAN, Defendant/Appellant.

Shawn COLEMAN, Defendant/Appellant,

v.

STATE of Missouri, Plaintiff/Respondent.

No. 64057.

Missouri Court of Appeals,
Eastern District,
Division Two.

Dec. 27, 1994.

Douglas R. Hoff, Asst. Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Becky Owenson Kilpatrick, Asst. Atty. Gen., Jefferson City, for respondent.

Before SMITH, P.J., and PUDLOWSKI and WHITE, JJ.

*ORDER*

PER CURIAM.

Defendant appeals from his conviction by a jury of one count of possession of a controlled substance, and the denial of his post-conviction Rule 29.15 motion. No jurisprudential purpose would be served by a written opinion. The parties have been furnished with a statement of the reasons for the court's decision. Judgment of conviction and denial of Rule 29.15 motion affirmed. Rule 30.25(b) and Rule 84.16(b).